IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

―――――――――

No. 96-20033
Summary Calendar

―――――――――

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER M. SANCHEZ,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-95-197-1
- - - - - - - - - - -
September 13, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Chrisopher M. Sanchez appeals the district court's determination that his sentence for embezzlement by a bank employee; 18 U.S.C. § 656, should be enhanced because of his abuse of a position of trust. See U.S.S.G. § 3B1.3. We have reviewed the record and the briefs of the parties and AFFIRM the enhancement for the reasons stated by the district court at sentencing. United States v. Sanchez, CR-H-95-197-1 (S.D. Tex. Jan. 12, 1996).

―――――――――

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.